## IN THE UNITED STATES DISTRICT COURT
## EASTERN DIVISION OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| (1) ARTHUR VICK and § <br> (2) VIRGINIA VICK, Individually & on § <br>     Behalf of all Others Similarly Situated, § <br> § <br>     Plaintiffs, § <br> § <br> v. § <br> § <br> (1) NCO FINANCIAL SYSTEMS, INC., & § <br> (2) GE CAPITAL FINANCIAL, INC., § <br> § <br>     Defendants. § | NO. 2:09-CV-114 |

## *PLAINTIFFS' MOTION TO DISMISS WITH PREJUDICE*

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

**COME NOW, ARTHUR & VIRGINIA VICK**, and file this, their Motion to Dismiss with Prejudice, and, in support thereof, would respectfully show unto the Court as follows:

### I.

**ARTHUR & VIRGINIA VICK** have fully and finally compromised their claims against **NCO FINANCIAL SYSTEMS, INC. and GE CAPITAL FINANCIAL, INC** and no longer desire to pursue this suit.

**WHEREFORE, PREMISES CONSIDERED, ARTHUR & VIRGINIA VICK** pray for the entry of an Order dismissing this case with prejudice and taxing all costs against the party incurring same.

Respectfully submitted,

***THE LAW OFFICE OF JAMES HOLMES, P.C.***

By: _____/s/_____
   James A. Holmes
   State Bar No. 00784290

212 SOUTH MARSHALL
HENDERSON, TEXAS 75654
(903) 657-2800
(903) 657-2855 (fax)
jh@jamesholmeslaw.com

***ATTORNEY FOR PLAINTIFFS***



***OF COUNSEL:***

Karen L. Kellett
State Bar No. 11199520

***ARMSTRONG KELLETT BARTHOLOW, P.C.***

ROYAL CENTRAL TOWER
11300 NORTH CENTRAL EXPRESSWAY, SUITE 301
DALLAS, TEXAS 75243
(214) 696-9000
(214) 696-9001 (fax)
kkellett@akbpc.com

Stephen C. Mahaffey
State Bar No. 12830250

## *MAHAFFEY & MAHAFFEY, P.C.*

124 WEST SABINE STREET
CARTHAGE, TEXAS 75631
(903) 693-7801
(903) 693-7436 (fax)
smahaffey@mahaffey-law.com

*ATTORNEYS FOR PLAINTIFFS*

## *CERTIFICATE OF SERVICE*

I hereby certify that I have served a true and correct copy of the foregoing on all Counsel of Record *via* United States mail on this, the 25th day of October 2011.

_____/s/_____
James A. Holmes